# EXHIBIT

# C

South Milhausen
A PROFESSIONAL ASSOCIATION

Gateway Center
1000 Legion Place • Suite 1200
Orlando, FL 32801
Tel 407 539 1638
Fax 407 539 2679
www.southmilhausen.com

Jeffrey P. Milhausen
J. Todd South
Richard D. Baxter
John Christensen
Clay Deatherage
Sherry Lambson-Eisele
Jason Hawkins
F. Lee Morrison
D.H. Popper P.A. *
Scott R. Rost *
Dudley Q. Sharp LL.M.
Scott South
Nathan L. Townsend
Taylor D. Ward
Cameron H. P. White

*BOARD CERTIFIED BY THE FLORIDA BAR IN BUSINESS LITIGATION
*OF COUNSEL
ALSO ADMITTED IN NEW YORK
ALSO ADMITTED IN MISSOURI

September 5, 2017

***Via FedEx and First Class Mail***

Wayne P. Masson
17213 Starfish Lane E
Sugarloaf Key, FL 33042

*RE: NOTICE OF INTENT TO ACCELERATE / NOTICE OF DEFAULT*
*Creditor: Note Capital Group Ventures, LLC*
*Property Address: 17213 Starfish Lane E., Sugarloaf Key, FL 33042 (the "Property")*
*Loan No.: 9900043244*

Dear Mr. Masson:

Please be advised that South Milhausen, P.A. represents Note Capital Group Ventures, LLC ("NCGV") in connection with (i) that certain promissory note ("Note") executed by Wayne P. Masson ("You") and Charles J. Licis dated April 15, 2005, with Wachovia Mortgage Corporation ("Lender"), in the principal amount of Six Hundred Seventy Thousand and 00/100 Dollars ($670,000.00) ("Note"); and (ii) that certain mortgage ("Mortgage") executed by You and Charles J. Licis to Mortgage Electronic Registration Systems, Inc., as nominee for Lender and Lender's successors and assigns, dated April 15, 2005; (hereinafter, items (i) and (ii) are collectively referred to as the "Loan Documents"). As You know, the Mortgage was recorded in Official Records Book 2105, Page 1474 of the Public Records of Monroe County, Florida and provided security for the Note by encumbering that certain real property more particularly identified in Exhibit "A" to the Mortgage. The Loan Documents were later assigned to NCGV via an Assignment of Mortgage (the "Assignment").

All capitalized terms used but not otherwise defined herein shall have the meaning attributed to them in the Loan Documents.

In addition to previous notices you have received from the Lender, its agents, successors and assigns, this letter shall serve as further notice that you are in default under the Loan Documents for failure to timely pay the amounts due and for other events of default. Specifically, You and Charles J. Licis are in default under the terms of the Loan Documents for failing to make the monthly installment payment that was due December 1, 2012, and all subsequent payments.

In order to cure the default, You and Charles J. Licis must bring the account current. The amount necessary to cure the default ("Cure Amount"), as of September 5, 2017, is Two Hundred Forty-Nine Thousand Four Hundred Four and 17/100 Dollars ($249,404.17). You may contact the undersigned immediately for an updated figure.

(SEE NEXT PAGE FOR IMPORTANT INFORMATION)

You and Charles J. Licis may forestall the Lender from taking legal action to recover all sums due and owing under the Loan Documents by tendering full payment of the Cure Amount in certified funds or via a wire transfer to this Firm's trust account within thirty (30) days from the date the notice is given to You or Charles J. Licis.

Failure to pay the Cure Amount on or before October 8, 2017, may result in acceleration of the sums secured by the Mortgage, foreclosure by judicial proceeding, and sale of the Property.

You and Charles J. Licis shall have the right to reinstate after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense You and/or Charles J. Licis may have to acceleration and foreclosure. If the default is not cured by October 8, 2017, NCGV, at its option, may require immediate payment in full of all sums secured by the Mortgage without further demand and may foreclose the Mortgage by judicial proceeding. NCGV shall be entitled to collect all expenses incurred in pursuing the remedies provided in Section 22 of the Mortgage, including, but not limited to, reasonable attorney's fees and costs of title evidence.

The foregoing does not constitute a complete listing of all defaults under the Loan Documents or a waiver of any term, provision, condition, covenant, or agreement contained in any of the Loan Documents. Moreover, the foregoing does not (i) operate as a waiver of any right, power, or privilege thereunder; (ii) prejudice or preclude any other or further exercise of any right or remedy provided by law or equity; (iii) entitle You and/or Charles J. Licis to any other or further notice or demand whatsoever; or (iv) in any way modify, change, impair, affect, diminish, or release any liability of You and/or Charles J. Licis, as borrowers, may have under or pursuant to any of the Loan Documents. All rights and remedies available to NCGV are cumulative and may be pursued separately, successively, or concurrently against You and/or Charles J. Licis, the Mortgaged Property, or any guarantor, person or entity that is or may become liable for all or any portion of the indebtedness, without further notice to any other person or entity.

Pursuant to Section 1692(g) of Title 15 of the United States Code, you are hereby informed that this communication is an attempt to collect a debt. Any information obtained by Note Capital Group Ventures, LLC and/or the undersigned will be used for that purpose. The original creditor's name is Wachovia Mortgage Corporation, whose address is 1100 Corporate Center Drive, Raleigh, NC and later assigned to Note Capital Group Ventures, LLC. The principal amount of the Note, which will be outstanding as of October 8, 2017, will be $659,029.22, excluding interest, late fees, and attorneys' fees and costs and other fees which may accrue after the date of this letter. The complete name of the creditor to whom the debt is currently owed is Note Capital Group Ventures, LLC, 7668 El Camino Real, Suite 104-510, Carlsbad, CA 92009.

Unless you dispute the validity of the debt, or any portion of the debt, within thirty (30) days from receipt of this notice, the debt will be assumed to be valid. If you notify us, in writing, within thirty (30) days from receipt of this notice that the debt is disputed, or a portion thereof, we will mail you verification of the debt or of the judgment if a judgment has been entered.

(SEE NEXT PAGE FOR IMPORTANT INFORMATION)

If you are under the protection of the U.S. Bankruptcy Code, this is NOT a demand for payment and this letter is provided for informational purposes only.

Note Capital Group Ventures, LLC does not offer home ownership counseling services to borrowers. Such counseling is available through a variety of non-profit organizations experienced in homeownership counseling and is approved by the Secretary of Housing and Urban Development. A listing of such organizations may be obtained by calling (800) 569-4287.

PLEASE GOVERN YOURSELF ACCORDINGLY.

Very Truly Yours,

Cameron H.P. White

CHPW/

cc: Client
Charles J. Licis

ORIGIN ID:ORLA (407) 539-1638
SHANNA POSEY
SOUTH MILHAUSEN, P.A.
1000 LEGION PLACE, SUITE 1200
ORLANDO, FL 32801
UNITED STATES US

SHIP DATE: 05SEP17
ACTWGT: 0.50 LB
CAD: 109775906/INET3920

BILL SENDER

TO WAYNE P. MASSON
17213 STARFISH LANE E
SUGARLOAF KEY FL 33042
(407) 539-1638 REF: 6247-2 (NOTE CAPITAL J MASSON)
INV:
PO: DEPT:

549J1/FF19/104C

FedEx Express

J172017082901uv

TRK# 0201 7701 8227 0684

WED - 06 SEP 4:30P
STANDARD OVERNIGHT

XH EYWA 33042
FL-US FLL

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Ex. Shipping Tracking Printing Services Locations Support Sign In

# FedEx ® Tracking

**770182270684**

Ship date:
**Tue 9/05/2017**

Orlando, FL US

**Delivered**
*Signed for by: W.MASSON*

Actual delivery:
**Wed 9/06/2017 11:40 am**

SUGARLOAF KEY, FL US

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 9/06/2017 - Wednesday | | |
| 11:40 am | Delivered | SUGARLOAF KEY, FL |
| 9:29 am | At local FedEx facility | KEY WEST, FL |
| 5:49 am | At destination sort facility | FORT LAUDERDALE, FL |
| 2:55 am | Departed FedEx location | MEMPHIS, TN |
| 9/05/2017 - Tuesday | | |
| 10:15 pm | Arrived at FedEx location | MEMPHIS, TN |
| 8:09 pm | Left FedEx origin facility | ORLANDO, FL |
| 6:19 pm | Picked up | ORLANDO, FL |
| 12:44 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking Number** | 770182270684 | **Service** | FedEx Standard Overnight |
| **Weight** | 0.5 lbs / 0.23 kgs | **Delivered To** | Receptionist/Front Desk |
| **Total pieces** | 1 | **Total shipment weight** | 0.5 lbs / 0.23 kgs |
| **Terms** | Shipper | **Shipper reference** | 6247-2 (Note Capital/ Masson) |
| **Packaging** | FedEx Envelope | **Special handling section** | Deliver Weekday |
| **Standard transit** | 9/06/2017 by 8:00 pm | | |

**OUR COMPANY**

About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**

FedEx Compatible
Developer Resource Center
FedEx Cross Border

**LANGUAGE**

Change Country

English

Ask FedEx

**FOLLOW FEDEX**

© FedEx 1995-2017

Feedback | Site Map | Terms of Use | Security & Privacy

South Milhausen
A PROFESSIONAL ASSOCIATION

Gateway Center
1000 Legion Place • Suite 1200
Orlando, FL 32801
Tel 407 539 1638
Fax 407 539 2679
www.southmilhausen.com

Jeffrey P. Milhausen
J. Todd South
Richard D. Baxter '
John Christensen
Clay Deatherage
Sherry Lambson-Eisele
Jason Hawkins
F. Lee Morrison
D.H. Popper P.A. *
Scott R. Rost
Dudley Q. Sharp LL.M. '
Scott South
Nathan L. Townsend
Taylor D. Ward *
Cameron H. P. White

'BOARD CERTIFIED BY THE FLORIDA BAR IN BUSINESS LITIGATION
**OF COUNSEL
'ALSO ADMITTED IN NEW YORK
''ALSO ADMITTED IN MISSOURI

September 5, 2017

***Via First Class Mail***

Charles J. Licis
17213 Starfish Lane E
Sugarloaf Key, FL 33042

*RE: NOTICE OF INTENT TO ACCELERATE / NOTICE OF DEFAULT*
*Creditor: Note Capital Group Ventures, LLC*
*Property Address: 17213 Starfish Lane E., Sugarloaf Key, FL 33042 (the "Property")*
*Loan No.: 9900043244*

Dear Mr. Licis:

Please be advised that South Milhausen, P.A. represents Note Capital Group Ventures, LLC ("NCGV") in connection with (i) that certain promissory note ("Note") executed by Wayne P. Masson and Charles J. Licis ("You") dated April 15, 2005, with Wachovia Mortgage Corporation ("Lender"), in the principal amount of Six Hundred Seventy Thousand and 00/100 Dollars ($670,000.00) ("Note"); and (ii) that certain mortgage ("Mortgage") executed by You and Wayne P. Masson to Mortgage Electronic Registration Systems, Inc., as nominee for Lender and Lender's successors and assigns, dated April 15, 2005; (hereinafter, items (i) and (ii) are collectively referred to as the "Loan Documents"). As You know, the Mortgage was recorded in Official Records Book 2105, Page 1474 of the Public Records of Monroe County, Florida and provided security for the Note by encumbering that certain real property more particularly identified in Exhibit "A" to the Mortgage. The Loan Documents were later assigned to NCGV via an Assignment of Mortgage (the "Assignment").

All capitalized terms used but not otherwise defined herein shall have the meaning attributed to them in the Loan Documents.

In addition to previous notices you have received from the Lender, its agents, successors and assigns, this letter shall serve as further notice that you are in default under the Loan Documents for failure to timely pay the amounts due and for other events of default. Specifically, You and Wayne P. Masson are in default under the terms of the Loan Documents for failing to make the monthly installment payment that was due December 1, 2012, and all subsequent payments.

In order to cure the default, You and Wayne P. Masson must bring the account current. The amount necessary to cure the default ("Cure Amount"), as of September 5, 2017, is Two Hundred Forty-Nine Thousand Four Hundred Four and 17/100 Dollars ($249,404.17). You may contact the undersigned immediately for an updated figure.

(SEE NEXT PAGE FOR IMPORTANT INFORMATION)

You and Wayne P. Masson may forestall the Lender from taking legal action to recover all sums due and owing under the Loan Documents by tendering full payment of the Cure Amount in certified funds or via a wire transfer to this Firm's trust account within thirty (30) days from the date the notice is given to You or Wayne P. Masson.

Failure to pay the Cure Amount on or before October 8, 2017, may result in acceleration of the sums secured by the Mortgage, foreclosure by judicial proceeding, and sale of the Property.

You and Wayne P. Masson shall have the right to reinstate after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense You and/or Wayne P. Masson may have to acceleration and foreclosure. If the default is not cured by October 8, 2017, NCGV, at its option, may require immediate payment in full of all sums secured by the Mortgage without further demand and may foreclose the Mortgage by judicial proceeding. NCGV shall be entitled to collect all expenses incurred in pursuing the remedies provided in Section 22 of the Mortgage, including, but not limited to, reasonable attorney's fees and costs of title evidence.

The foregoing does not constitute a complete listing of all defaults under the Loan Documents or a waiver of any term, provision, condition, covenant, or agreement contained in any of the Loan Documents. Moreover, the foregoing does not (i) operate as a waiver of any right, power, or privilege thereunder; (ii) prejudice or preclude any other or further exercise of any right or remedy provided by law or equity; (iii) entitle You and/or Wayne P. Masson to any other or further notice or demand whatsoever; or (iv) in any way modify, change, impair, affect, diminish, or release any liability of You and/or Wayne P. Masson, as borrowers, may have under or pursuant to any of the Loan Documents. All rights and remedies available to NCGV are cumulative and may be pursued separately, successively, or concurrently against You and/or Wayne P. Masson, the Mortgaged Property, or any guarantor, person or entity that is or may become liable for all or any portion of the indebtedness, without further notice to any other person or entity.

Pursuant to Section 1692(g) of Title 15 of the United States Code, you are hereby informed that this communication is an attempt to collect a debt. Any information obtained by Note Capital Group Ventures, LLC and/or the undersigned will be used for that purpose. The original creditor's name is Wachovia Mortgage Corporation, whose address is 1100 Corporate Center Drive, Raleigh, NC and later assigned to Note Capital Group Ventures, LLC. The principal amount of the Note, which will be outstanding as of October 8, 2017, will be $659,029.22, excluding interest, late fees, and attorneys' fees and costs and other fees which may accrue after the date of this letter. The complete name of the creditor to whom the debt is currently owed is Note Capital Group Ventures, LLC, 7668 El Camino Real, Suite 104-510, Carlsbad, CA 92009.

Unless you dispute the validity of the debt, or any portion of the debt, within thirty (30) days from receipt of this notice, the debt will be assumed to be valid. If you notify us, in writing, within thirty (30) days from receipt of this notice that the debt is disputed, or a portion thereof, we will mail you verification of the debt or of the judgment if a judgment has been entered.

(SEE NEXT PAGE FOR IMPORTANT INFORMATION)

If you are under the protection of the U.S. Bankruptcy Code, this is NOT a demand for payment and this letter is provided for informational purposes only.

Note Capital Group Ventures, LLC does not offer home ownership counseling services to borrowers. Such counseling is available through a variety of non-profit organizations experienced in homeownership counseling and is approved by the Secretary of Housing and Urban Development. A listing of such organizations may be obtained by calling (800) 569-4287.

PLEASE GOVERN YOURSELF ACCORDINGLY.

Very Truly Yours,

Cameron H.P. White

CHPW/

cc: Client
Wayne P. Masson