UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO.:4:17-CV-10093-JEM

NOTE CAPITAL GROUP VENTURES, LLC

Plaintiff,

v.

WAYNE P. MASSON, CHARLES J. LICIS, *et al*,

Defendants.
_____________________________________________/

**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendants, WAYNE P. MASSON and CHARLES J. LICIS ("Defendants"), by and through undersigned counsel, pursuant to Rule 7.1, Federal Rules of Civil Procedure, hereby submit their Certified of Interested Parties and Corporate Disclosure Statement.

## I. INTERESTED PARTIES

The persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party include:

1. Wayne P. Masson- Defendant
2. Charles J. Licis- Defendant
3. PNC Financial Services Group, Inc.- Defendant
4. Note Capital Group Ventures, LLC – Plaintiff

5. Highsmith & Van Loon, P.A.- Counsel for Defendants Wayne P. Masson and Charles J. Licis
6. South Milhausen, P.A.- Counsel for Plaintiff Note Capital Group Ventures, LLC
7. GDBT I Trust, 2011-1- Last Mortgage Assignee of record

**II. CORPORATE DISCLOSURE STATEMENT**

The Defendants, Wayne P. Masson and Charles J. Licis, hereby certify that they are individuals.

Respectfully submitted this 26th day of January, 2018.

**HIGHSMITH & VAN LOON, P.A.**
3158 Northside Drive
Key West, Florida 33040-8025
Tel: (305) 296-8851
Fax: (305) 296-8575

By: *s/ David Van Loon*_________
DAVID VAN LOON
*david@hvl-law.com*
Florida Bar No. 655074

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on January 26, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is begin served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_*s/David Van Loon*_______
David Van Loon

# SERVICE LIST

***Note Capital Group Ventures, LLC v. Masson et al***
**Case No. 4:17-CV-10093-Martinez-Otazo-Reyes**
**United States District Court, Southern District of Florida**

| | |
|---|---|
| South Milhausen, P.A.<br>Cameron H.P. White, Esquire<br>1000 Legion Place, Suite 1200<br>Orlando, Florida 32801<br>Telephone: (407) 539-1638<br>Facsimile: (407) 539-2679<br>cwhite@southmilhausen.com<br><br>*Counsel for Plaintiff*<br><br>**[Via CM/ECF]** | |