UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

**Case Number: 17-10093-CIV-MARTINEZ-OTAZO-REYES**

NOTE CAPITAL GROUP VENTURES, LLC,

Plaintiff,

vs.

WAYNE P. MASSON; et al,

Defendants.
_____________________________________/

# PLAINTIFF'S WITNESS LIST

Plaintiff, Note Capital Group Ventures, LLC, by and through its undersigned counsel and pursuant to the Court's Scheduling Order, hereby files its list of witness(es) and exhibits:

I. Witnesses:

a. Corporate Representatives
William Fogleman or
Sal Galucci
Note Capital Group Ventures, LLC
c/o Cameron H.P. White
1000 Legion Place, Suite 1200
Orlando, FL 32801

b. Wayne P. Masson, mortgagor/defendant;

c. Charles J. Licis, mortgagor/defendant

d. Plaintiff reserves the right to call any witness(es) called to testify by or for the Defendant(s).

e. Plaintiff reserves the right to supplement this witness list if additional witness(es) are identified or deemed necessary.

Dated this 12th day of April, 2018.

CAMERON H. P. WHITE
Florida Bar No.: 021343
cwhite@southmilhausen.com
South Milhausen, P.A.
1000 Legion Place, Suite 1200
Orlando, Florida 32801
Telephone: (407) 539-1638
Facsimile: (407) 539-2679
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF and furnished via electronic mail to David Van Loon (*Atty. for Wayne P. Masson and Charles J. Licis), david@hvl-law.com;* and via U.S. Mail to PNC Financial Services Group, Inc., One PNC Plaza, 249 Fifth Avenue, Pittsburg, PA 5222; and Any Unknown Tenant in Possession, 17213 Starfish Lane, Sugarloaf Key, FL 33042; this 12th day of April, 2018.

Cameron H.P. White