**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**KEY WEST DIVISION**

**CASE NO: 17-10093-CIV-OTAZO-REYES**

NOTE CAPITAL GROUP VENTURES, LLC,

Plaintiff,

vs.

WAYNE P. MASSON, et al.,

Defendants.
______________________________________/

## PLAINTIFF'S MOTION TO APPROVE SALE

Plaintiff, Note Capital Group Ventures, LLC, by and through its undersigned counsel, hereby moves this Court for an Order Approving the foreclosure sale that occurred on February 12, 2019 and states as follows:

1. An Agreed/Consent Final Judgment of Foreclosure was entered on November 14, 2018, which set a foreclosure sale on February 12, 2019.

2. The foreclosure sale was held on February 12, 2019. Plaintiff was the winning bidder at $100.00. A copy of the Certificate of Sale is attached hereto as Exhibit "A."

3. No objections to the sale have been filed and more than ten (10) days have passed since the issuance of the Certificate of Sale.

4. Plaintiff seeks an Order Approving Sale and directing the Clerk of Court to issue the Certificate of Title to Plaintiff.

WHEREFORE, Plaintiff respectfully requests this Court enter an Order Approving Sale and directing Clerk of Court to issue the Certificate of Title to Plaintiff and any further relief this Court deems just and proper.

Dated: February 25, 2019.

*/s/ Jason R. Hawkins*
Jason R. Hawkins, Esq.
Florida Bar No.: 0011925
jhawkins@southmilhausen.com
Jon E. Kane, Esq.
Florida Bar No.: 814202
**South Milhausen, P.A.**
1000 Legion Place, Suite 1200
Orlando, Florida 32801
Telephone 407/539-1638
Facsimile 407/539-2679
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF this 25th day of February, 2019, which will serve an electronic notice to: David Van Loon, Esq. at david@hvl-law.com (*Counsel for Wayne P. Masson and Charles J. Licis*); and via U.S. first class mail to: PNC Financial Services Group, Inc., One PNC Plaza, 249 Fifth Avenue, Pittsburgh, PA 15222.

*/s/ Jason R. Hawkins*
JASON R. HAWKINS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**KEY WEST DIVISION**

**CASE NO: 17-10093-CIV-OTAZO-REYES**

**NOTE CAPITAL GROUP VENTURES, LLC,**

**Plaintiff,**

**v.**

**WAYNE P. MASSON, et al.,**

**Defendants.**

_______________________________________/

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By [signature]
Deputy Clerk
Date 2/12/19

## CERTIFICATE OF SALE

The undersigned Clerk of Court hereby certifies that Notice of Public Sale of the property described in the Agreed/Consent Final Judgment of Foreclosure (ECF No. 67) was published in The Citizen, a newspaper circulated in Monroe County, Florida, in the manner shown by the proof of publication filed in this action (ECF No. 70), and on February 12, 2019, the property was offered for public sale to the highest and best bidder for cash. The highest and best bid received for the property in the amount of $100 was submitted by Sal Gallucci of Note Capital Group Ventures, LLC, to whom the property was sold. The proceeds of the sale are retained for distribution in accordance with the Agreed/Consent Final Judgment of Foreclosure.

WITNESS my hand and seal of this Court on February 12, 2019.

ANGELA E. NOBLE

COURT ADMINISTRATOR·CLERK OF COURT

By: [signature]

Deputy Clerk